IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN PARKER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 13-6393 |
| BRENDA TRITT, et al. | : | |

**ORDER**

AND NOW, this 8th day of August, 2014, upon careful and independent consideration of the petition for writ of habeas corpus, the Commonwealth's answer thereto, inclusive of all exhibits, petitioner's traverse, and all other documents filed by the parties, and after review of the Report and Recommendation of Chief United States Magistrate Judge Carol Sandra Moore Wells, it is ordered:

1. The Report and Recommendation is approved and adopted.

2. The petition for writ of habeas corpus is denied without an evidentiary hearing.

3. Petitioner has not shown a denial of a federal constitutional right, and reasonable jurists would not differ as to the disposition of this claim. Therefore, a certificate of appealability will not issue.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.